|  |  |  |
|---|---|---|
| **ULDITEEN SINGH, et al.,** | : | **UNITED STATES DISTRICT COURT** |
|  | : | **DISTRICT OF NEW JERSEY** |
| **Plaintiff(s),** | : |  |
|  | : | **Hon. Dennis M. Cavanaugh** |
| **-vs-** | : | **Civil Action No. 05-1433 (DMC)** |
|  | : |  |
| **UNITED STATES POSTAL SERVICE** | : |  |
| **et al.,** | : | **ORDER** |
|  | : | **RESCHEDULING CONFERENCE** |
| **Defendant(s).** | : |  |

**IT IS** on this 3rd day of March, 2006

**ORDERED** that the status/settlement conference before the undersigned scheduled on April 4, 2006 is hereby **rescheduled** to **Tuesday, April 11, 2006** at **11:00 a.m..** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.


s/Mark Falk
**MARK FALK**
**United States Magistrate Judge**


Orig.:  Clerk of the Court
cc:    Hon. Dennis M. Cavanaugh, U.S.D.J.
        All Parties
        File